FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DYLAN FORD,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>RODNEYSE BICHOTTE-HERMELYN,<br>BRIAN GOTLIEB, AND JOY F.<br>CAMPANELLI,<br><br>　　　Defendants. | No.  2:26-cv-00197-SAB<br><br><br>**ORDER OF DISMISSAL** |

On June 1, 2026, the Court granted leave for Plaintiff to file an amended complaint, but no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1.　　The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 15th day of July 2026.

_Stan Bastian_
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**